UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DANIIL NECHEUKHIN,

Petitioner,

v.

PAMELA BONDI, Attorney General
of the United States, Department of
Justice, et al.,

Respondents.

Case No.:  26-cv-1034-RSH-VET

**ORDER OF DISMISSAL**

In light of Petitioner's filing of March 20, 2026, which reports that Petitioner has been released from custody and requests dismissal of the Petition, the Petition is hereby **DISMISSED**. The Clerk of Court shall close the case.

**IT IS SO ORDERED**.

Dated: March 20, 2026

_____
Hon. Robert S. Huie
United States District Judge

1

26-cv-1034-RSH-VET